HARRY L. SINGER, Respondent, v. AQUITANIA REALTY CO., INC., Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES R. MUSGRAVE, Trading, etc., Respondent, v. HUGO KASTOR, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order with notice of entry thereof upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENARD DORF, Appellant, v. TERESA CIPULLO and Another, Respondents, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARIE KING, Respondent, v. GRAMONT HOLDING COMPANY, INC., and Another, Appellants, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHANNA TANENBAUM, Respondent, v. ABRAHAM D. COHEN, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents.

CHARLES PILLER and Another, Respondents, v. ARTHUR COHEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY L. BUNIN, Respondent, v. TREMONT TERRACE CORPORATION, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS A. DICICCO, Appellant, v. ELIZABETH SHAW, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of the order herein with notice of entry thereof upon payment of said costs and the costs awarded to the defendant by the order appealed from. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PHILIP W. WRENN and Others, Respondents, v. JULIUS MOSKIN, Appellant, Impleaded with Another.— Order entered March 9, 1928, affirmed, with ten dollars costs and disbursements. Appeal from order entered March 22, 1928, dismissed. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

S. P. T. LINDER CO., INC., v. ROBERT A. SHIVERICK, Impleaded, etc., and ISAAC YUDKIN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be served and filed on or before May 5, 1928. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE WILLIAM MORGANSTERN and Others.— Motion to dismiss appeal granted, unless appellant procure record on appeal to be filed on or before May 4, 1928. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of THOMAS FRANKLYN MANVILLE, Deceased.— Preference granted for May 3, 1928. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of ELIZABETH FISCHER, Deceased.— Preference granted for May 8, 1928. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.